UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL BOYKIN,

Petitioner,

v. Case No: 6:16-cv-883-Orl-40DCI

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,

Respondents.
____________________________________/

**ORDER**

This cause is before the Court on the Response to Petition ("Response," Doc. 14) filed by Respondents. Respondents request that the Court deny the Amended Petition for Writ of Habeas Corpus ("Petition," Doc. 4) filed by Petitioner pursuant to 28 U.S.C. § 2254. Petitioner filed a Reply (Doc. 17) to the Response, and a Motion to Expand the Record (Doc. 16).

Accordingly, it is **ORDERED** as follows:

1. Petitioner shall have **SIXTY (60) DAYS** from the date of this order to file an Amended Reply to the Response. Thereafter, the Amended Petition, the Response, the Reply, and the Amended Reply (if filed) will be taken under advisement by the Court, and an order will be entered without further notice.

2. Petitioner's Motion for Leave to File A Reply (Doc. 15) is **DENIED** as moot.

3. Respondents shall file a response to the Motion to Expand the Record (Doc. 16) within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2017.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
OrlP-2 3/27